**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OMAR HARHARA
and RAWEYA HARHARA,

      Plaintiffs,

v.                                      Case No. 07-CV-12650

NORVILLE HORMIDAS
and 127529 ONTARIO, INC.,

      Defendants.
                                          /

**ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR A
PROTECTIVE ORDER AND SCHEDULING A STATUS CONFERENCE**

On October 9, 2007, a telephone conference was held in the above-captioned matter. At issue was the recent death of Defendant Norville Hormidas and what effect this development might have on the progression of this case, specifically what effect it will have on outstanding discovery requests directed at Defendant Hormidas. Pursuant to the parties' agreement,

IT IS ORDERED that Defendants' Hormidas and 127529 Ontario, Inc.'s "Motion for Protective Order as to Interrogatories Directed to Defendant Norville Hormidas," [Dkt. # 22] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the parties are DIRECTED to appear for a status conference on **October 16, 2007**, at **10:00 a.m.**, to discuss and attempt to

resolve the parties' discovery disputes. In the interim, the parties are encouraged to continue making efforts to amicably resolve their discovery disputes.

            s/Robert H. Cleland
            ROBERT H. CLELAND
            UNITED STATES DISTRICT JUDGE

Dated: October 12, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 12, 2007, by electronic and/or ordinary mail.

            s/Lisa G. Wagner
            Case Manager and Deputy Clerk
            (313) 234-5522